UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | |
| Plaintiff,              ) | Case No. 08MJ1113 |
| ) | |
| v.              ) | |
| ) | CERTIFICATE OF SERVICE |
| ALEJANDRO CHAVEZ-BRISENO,              ) | |
| ) | |
| Defendant.              ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101

Dated:  April 15, 2008                              /s/  Erick  L.  Guzman
                                                                                   ERICK L. GUZMAN
                                                                                   Federal Defenders
                                                                                   225 Broadway, Suite 900
                                                                                   San Diego, CA 92101-5030
                                                                                   (619) 234-8467  (tel)
                                                                                  (619) 687-2666  (fax)
                                                                                  E-mail: erick_guzman@fd.org